IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

KELLIE BURCHFIELD, ET AL.        §
                                 §
VS.                              §  CIVIL ACTION NO. 4:07-CV-378-Y
                                 §
ARMOR ACCESSORIES, INC.          §
a/k/a ARMOR HOLDINGS, INC.       §

## FINAL JUDGMENT

On December 27, 2007, the parties filed an agreed stipulation of dismissal (doc. #14) requesting the Court dismiss this case with prejudice due to the parties' settlement of all disputes.

Accordingly, under Federal Rules of Civil Procedure 41(a)(1) and 58, all claims in this cause are hereby DISMISSED WITH PREJUDICE. All costs under 28 U.S.C. § 1920 are taxed against the party that incurred them.

SIGNED January 4, 2008.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE